UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CITYSCAPE CORP.,

                        Plaintiff,

         -against-

WALSH SECURITIES,

                Defendant.
------------------ -------------------------------------------X

04mc143 (JCL)

98  CIVIL 0223 (SHS)
**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT
JUDGMENT #01,0012**

      I, J. Michael McMahon, Clerk of this United States District Court certify that the attached is a true and correct copy of the judgment entered in this action on January 4, 2001 as it appears in the records of this court, and that * no notice of appeal has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

      IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on April 23, 2004.

                                            *J. Michael McMahon*
                                               **Clerk**

                                               **(By) Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------x

CITYSCAPE CORP.,

           Plaintiff,

     v.

WALSH SECURITIES CORP.,

           Defendant.

------------------------------x

98 Civ. 223 (SHS)

**JUDGMENT AND ORDER**

\# 01, 0012

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff Cityscape Corp. ("Cityscape") having moved this Court on October 22, 1999 for partial summary judgment on Cityscape's breach of contract claim against defendant Walsh Securities Corp., ("Walsh") for 32 loans (the "New Jersey Loans") and

    The Court having given due and careful consideration to the matters at issue and having set forth its findings of fact and conclusions of law in Opinions dated June 8, 2000, and October 20, 2000:

    WHEREAS, this Court's Order dated June 8, 2000 granted Cityscape partial summary judgment on Cityscape's claims relating to the 32 New Jersey Loans;

    WHEREAS, this Court's Order dated October 20, 2000 denied Walsh's claim for an offset of Cityscape's damages;

A CERTIFIED COPY
J. MICHAEL McMAHON,    **CLERK**

BY _____
      DEPUTY CLERK

WHEREAS, this Court's Order dated October 20, 2000 determined that Cityscape's damages were $4,732,568.93;

IT IS HEARBY ORDERED AND ADJUDGED as follows:

1. Cityscape is granted partial summary judgment on its claim for breach of contract for the 32 New Jersey Loans;

2. Cityscape's motion for an order awarding damages for the 32 New Jersey Loans is granted;

3. Cityscape is awarded damages in the amount of $4,732,568.93;

4. Walsh is granted summary judgment on its motions to dismiss Cityscape's claims relating to the Appraisal Variance Loans;

5. Walsh's counterclaims are dismissed.

Dated: New York, New York
~~December ___, 2000~~

SO ORDERED: 1|2|01

_____
Sidney H. Stein, U.S.D.J.

80155400_1.DOC

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON __1-2-01__

2